WARREN W. FOSTER v. AETNA INSURANCE COMPANY AND ANOTHER.[1]

January 2, 1942.

No. 33,046.

*Maugridge S. Robb,* for relator.
*L. N. Foster* and *E. A. Linnee,* for respondents.

[1]Reported in 1 N. W. (2d) 608.

STONE, JUSTICE.

This case is companion to Lunde v. Congoleum-Nairn, Inc. 211 Minn. 487, 1 N. W. (2d) 606, opinion in which is filed herewith. Fortunately, Mr. Foster escaped the collision without mortal injury. He did sustain disabling harm and some disability, for which he seeks compensation. For the reasons stated in the Lunde case, the order denying it must be affirmed.

Affirmed.